UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRED BIELER, § | |
| Guardian for Gasper Urso, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:13-CV-1609-M (BF) |
| § | |
| HP DEBT EXCHANGE, LLC, et al., § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Objections were filed on May 20, 2014. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Defendants HP Debt Exchange, LLC, HP Locate, LLC, and Chris Ganter's Motion to Vacate Default Judgments [D.E. 37], and Supplemental Motion to Vacate Default Judgments [D.E. 50-1] are DENIED.

**SO ORDERED** this 22nd day of May, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS